UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                                    Case No. 22-24155-gmh

**MICHELLE DANIELLE EDWARDS**,

                    Debtor.

## REJECTION OF PLAN AND OBJECTION TO CONFIRMATION OF PLAN

Summit Credit Union ("Summit"), a secured creditor herein, by its counsel Kimberly P. Sebranek, of Laffey, Sebranek, Auby & Ristau, S.C., hereby rejects the Debtors' proposed Chapter 13 Plan (the "Plan") and objects to the Court's confirmation of that Plan. The basis for Summit's rejection, and corresponding objection, includes, but is not limited to, the following:

1.      The Debtor filed for Bankruptcy Relief on September 21, 2022 (the "Petition Date").

2.      As reflected in the Debtor's schedules, the Debtor has a loan with Summit (the "Secured Loan") secured by a 2021 Can Am Ryker Rally (the "Collateral").

3.      The Debtor states, in the schedules, that the Collateral is only worth $9,999.00; therefore, the Secured Loan is allegedly unsecured by $1,577.00.

4.      The Debtor's proposed Plan, in turn, completely fails to address treatment of the Secured Loan.

5.      Summit believes that the Secured Loan is fully secured.

6.      Summit further contends that the sums reflected in its proof of claim, once filed, should control the sums due and owing Summit; not what is in the schedules.

Kimberly P. Sebranek
Laffey, Sebranek, Auby & Ristau, S.C.
16 N. Carroll St, Suite 500
Madison WI 53703
(608) 318-4951
ksebranek@els-law.com

7.    Moreover, Summit is entitled to equal monthly payments that pay the Secured Loan in full over the life of the Plan plus interest.

8.    Summit is also entitled to adequate protection payments equal to 1 ½ % of the balance due on the Secured Loan.

9.    Summit, therefore, rejects the Plan and objects to this Court's confirmation of the Plan.

Dated this 26th day of October, 2022.

**LAFFEY, SEBRANEK, AUBY & RISTAU, S.C.**

*Electronically signed by Kimberly P. Sebranek*

Kimberly P. Sebranek
State Bar No.1031923
Attorney for Summit Credit Union
16 N. Carroll St, Suite 500
Madison WI 53703
(608) 318-4951
ksebranek@els-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I mailed, postage paid, a copy of the foregoing to:

Michelle Danielle Edwards
313 N. Plankinton Ave. #207
Milwaukee, WI 53203

/s/ Scott R. Shank
Legal Assistant to Attorney Kimberly P. Sebranek